BENJAMIN B. WAGNER
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00322-DAD-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| KENNETH WILLIAM KIRKLAND, | CURRENT DATE: February 1, 2016
CURRENT TIME: 2:30 p.m.
COURT: Hon. Jennifer L. Thurston |
| Defendant. | |
| | PROPOSED DATE: March 7, 2016
PROPOSED TIME: 2:30 p.m.
COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kenneth William Kirkland, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. Defendant Kenneth William Kirkland was indicted on November 12, 2015, and made his initial appearance on that indictment in the Eastern District of California on December 9, 2015.

2. At his December 9, 2015 arraignment, this matter was set for status on February 1, 2016 at 2:30 p.m. Time was excluded through and including February 1, 2016.

3. By this stipulation, defendant now moves to continue the status conference until March 7, 2016, at 2:30 p.m. and to exclude time between February 1, 2016, and March 7, 2016, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes hundreds of pages of reports, as well as numerous photographs and videos. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review the current charges, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

c) Counsel has various trial and hearing conflicts in other cases between now and the proposed March 7, 2016 status conference that would not reasonably permit him to try this case any time between now and March 7, 2016.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 1, 2016 to March 7, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 27, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ ANGELA L. SCOTT
ANGELA L. SCOTT
Assistant United States Attorney

Dated:  January 27, 2016

/s/ per email authorization
DAVID TORRES
Counsel for Defendant
KENNETH WILLIAM KIRKLAND

### [PROPOSED] FINDINGS AND ORDER

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for February 1, 2016, is hereby vacated and continued to March 7, at 2:30 p.m.  It is further ORDERED that the time period between February 1, 2016, and March 7, 2016, is excluded from the calculation under the Speedy Trial Act pursuant to Local Codes T4 for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:  **January 28, 2016**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE