PHILLIP A. TALBERT
Acting United States Attorney
ANGELA L. SCOTT
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KENNETH WILLIAM KIRKLAND,<br><br>                              Defendant. | CASE NO.  1:15 CR 000322 DAD-BAM<br><br>STIPULATION REGARDING DISCLOSURE OF SENSITIVE MATERIAL AND PERSONAL IDENTIFICATION INFORMATION; ORDER |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant KENNETH WILLIAM KIRKLAND ("defendant"), by and through his counsel of record, David Torres, hereby file this Stipulation Regarding Disclosure of Sensitive Materials and Personal Identification Information.

1.      The government possesses, or may come to possess, recordings, documents, reports, or other materials the disclosure of which may ordinarily be required by the government's Rule 16, Jencks Act, or Brady obligations, but the dissemination of which could pose a serious risk to witnesses, or the confidentiality of an ongoing investigation (the "Sensitive Materials").

2.      The government will mark all Sensitive Materials with "PROTECTIVE ORDER."

3.      If the government distributes any document, file, email, flash drive, compact disk, or other material bearing the above label, defense counsel and defendant agree to the following as to such material:

a.   Defense counsel shall not distribute Sensitive Materials to anyone other than their own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer associates);

b.   Defense counsel shall not allow anyone other than themselves, and their legal staff to possess, or maintain possession of, any Sensitive Materials;

c.   Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first conferring with government counsel and, in any event, shall file any Sensitive Materials under seal.

d.   The parties agree to confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

4.   The evidence in this matter also includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers, and financial account information (collectively "personal information").

5.   This personal information is found throughout the discovery in this case, which includes, among other records, hundreds of pages of records from law enforcement agencies.

6.   The parties stipulate, and request the Court to order, that only defense counsel and defense counsels' legal staff may review the unredacted personal information contained in the discovery, and that defense counsel and defense counsels' legal staff may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter and for no other purpose.

7.   The parties further stipulate, and request the Court to order, that only defense counsel and defense counsels' legal staff may make copies of any discovery containing unredacted personal information, and may not release any such copies to any third party.

8.   The parties further stipulate and request the Court to make its Order applicable to unredacted personal information contained in all of the discovery produced in this case, including any discovery produced after entry of its Order.

9.   At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has distributed to their legal staff, except a copy set as necessary to maintain in defense

1  counsels' case file.

2       10.    Accordingly, the parties respectfully request that the Court adopt the corresponding

3  protective order.

4       11.    By signing this stipulation, the parties agree to be bound by the above terms, and those of

5  the accompanying proposed order, before and after the Court executes and enters that order.

6       12.    By signing this stipulation, counsel for defendant represents that they have discussed the

7  contents of this stipulation and proposed order with defendant, and that defendant has no objection to

8  this stipulation and the relief requested in the proposed order.

9

10 Dated:  August 4, 2016                          Respectfully submitted,
                                                   PHILLIP A. TALBERT
11                                                 Acting United States Attorney

12

13
                                            By:    /s/ Angela L. Scott_____
14                                                 ANGELA L. SCOTT
                                                   Assistant U.S. Attorney
15

16

17 Dated: August 4, 2016                            /s/ David Torres per email authorization
                                                   DAVID TORRES
18                                                 Attorney for Defendant
                                                   KENNETH WILLIAM KIRKLAND
19

20

21

22

23

24

25

26

27

28

PHILLIP A. TALBERT
Acting United States Attorney
ANGELA L. SCOTT
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15 CR 00322 DAD-BAM |
| Plaintiff, | [PROPOSED] ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS AND PERSONAL IDENTIFICATION INFORMATION |
| v. | |
| KENNETH WILLIAM KIRKLAND, | |
| Defendant. | |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials and Personal Identifying Information between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant KENNETH WILLIAM KIRKLAND, by and through his counsel of record, David Torres.

Good cause showing, IT IS HEREBY ORDERED THAT:

1.     The government will identify the discovery materials in this case the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

2.     The government will mark all Sensitive Materials with the following: "PROTECTIVE ORDER"

3.     If the government distributes any document, file, email compact disk, or other material bearing the above label, defense counsel and defendant agree to the following as to such material:

       a.   Defense counsel shall not distribute Sensitive Materials to anyone other than their own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer associates) and defendant;

       b.   Defense counsel shall not allow anyone other than themselves and their legal staff to possess, or maintain possession of, any Sensitive Materials;

       c.   Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal;

       d.   The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

4.   The evidence in this matter also includes personal identification information for others, including but not limited to names, addresses, dates of birth, social security numbers and financial account information (collectively "personal information").

5.   This personal information is found throughout the discovery in this case, which includes, among other records, hundreds of pages of records from law enforcement agencies.

6.   Only defense counsel and defense counsels' legal staff may review the unredacted personal information contained in the discovery.  Defense counsel and defense counsels' legal staff may only use the unredacted personal information or any portion thereof for the specific purpose of preparing or presenting a defense in this matter and for no other purpose.

7.   Only defense counsel and defense counsels' legal staff may make copies of any discovery containing unredacted personal information, and may not release any such copies to any third party.

8.   At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof containing the personal information that defense counsel possesses and/or has made and distributed to their legal staff, except a copy set as necessary to maintain in defense counsels' case file.

/ / /

/ / /

/ / /

9.      This Order shall apply to Sensitive Material and unredacted personal information contained in all discovery produced in this case, including any discovery produced after entry of this Order.


IT IS SO ORDERED.


IT IS SO ORDERED.

Dated:   **August 11, 2016**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE