PHILLIP A. TALBERT
Acting United States Attorney
ANGELA L. SCOTT
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00322-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY PRETRIAL ORDER** |
| v. | |
| KENNETH WILLIAM KIRKLAND, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Motion in Limine schedule set forth in the Pretrial Order (Doc. 18) be modified as follows:

(1) <u>Filing Date for Motions in Limine</u>:

No later than 4:00 p.m., August 16, 2016.

(2) <u>Filing Date for Briefs in Opposition to Motions in Limine</u>:

No Later than 4:00 p.m., August 19, 2016.

(3) <u>Motion in Limine Hearing</u>:

August 22, 2016, at 1:30 p.m.

The Pretrial Order (Doc. 18) remains unchanged in all other respects.

IT IS SO STIPULATED.

///

| | | |
|---|---|---|
| DATED: August 12, 2016 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | By: /s/ Christopher D. Baker<br>ANGELA L. SCOTT<br>CHRISTOPHER D. BAKER<br>Assistant U.S. Attorneys |
| DATED: August 12, 2016 | | By: /s/ David A. Torres<br>David A. Torres<br>Attorney for Defendant<br>KENNETH W. KIRKLAND |

**ORDER**

The Court adopts the parties' proposed motions in limine schedule; motions in limine shall be filed no later than 4:00 p.m. on August 16, 2016, oppositions shall be filed no later than 4:00 p.m. on August 19, 2016, and a hearing on the parties' Motions in Limine is set for August 22, 2016, at 1:30pm in Courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **August 13, 2016**

UNITED STATES DISTRICT JUDGE