# KERN COUNTY SEARCH WARRANT

Agency RMS #:  Type:  Court Search Warrant #:
**CR15-1832**  **Property**  --

Status:
**Approved By Judge**
**10/10/2015 5:11 PM**

Hobbs Requested:  Hobbs Granted:  Sealed:
**No**  --  **No**

Seal Granted:
--

Night Search Requested:  Night Search Granted:
**No**  --

Officer:  Judge:
**Ben Blanton**  **Marcos Camacho**
**California City Police Dept**

Officer Signature:  Judge Signature:
**Signed by /s/Ben Blanton**  **Signed by /s/Marcos Camacho**
**10/10/2015 4:56 PM**  **10/10/2015 5:11 PM**

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

**STATE of CALIFORNIA, COUNTY of Kern,**

## SEARCH WARRANT and AFFIDAVIT (AFFIDAVIT)

SW NO. _____

Peace Officer Gary Wilson swears under oath that the facts expressed by him/her in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he/she has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.

_____
(Signature of Affiant)

HOBBS SEALING REQUESTED: ☐ YES ☒ NO
NIGHT SEARCH REQUESTED: ☐ YES ☒ NO

### (SEARCH WARRANT)

**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE COUNTY KERN:** proof by affidavit, having been this day made before me by **Peace Officer Gary Wilson** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "☒"(s), in that:

☒ property was stolen or embezzled;
☒ property or things were used as the means of committing a felony;
☒ property or things are in the possession of any person with the intent to use them as a means of committing a public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their being discovered;
☒ property or things to be seized consist of any item or constitute any evidence that tends to show a felony has been committed, or tends to show that a particular person has committed a felony;
☐ property or things to be seized consist of evidence that tends to show that sexual exploitation of a child, in violation of Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;
☐ there is a warrant to arrest a person;
☐ a provider of electronic communication service or remote computing service has records or evidence, as specified in Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in the possession of any person with the intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;
☐ property or things to be seized include an item or any evidence that tends to show a violation of Section 3700.5 of the Labor Code, or tends to show that a particular person has violated Section 3700.5 of the Labor Code;

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

**You are therefore COMMANDED to SEARCH:**

**The residence at 21201 79th Street, California City, Located in the County of Kern, State of California, further described as:** Single story residence, tan in color with green trim around the eves as well as other parts of the residence. Residence has a white colored asphalt shingle roof and has a detached white tube style carport on the north side of the residence. Residence has a green over white picket style railing in front of the residence. Residence has a tan wooden fence on the south/east side of the residence. The east side of the residence has one window. The landscaping on the east of the residence is dirt, rocks and trees. The residence has a detached garage on the south/east side of the residence. In the backyard is a metal storage shed and a wooden storage shed located on the south side of the property.

**Vehicle:** Any and all vehicles found at the residence which are in the control and dominion of Kenneth Kirkland. Papers, documents and effects tending to show dominion and control over said vehicle, including keys, fingerprints, handwritings, automobile loan payment books or lease or rental agreements; photographs, photographic negatives, undeveloped film, homemade videotapes; police citations, registration and other Dept. of Motor Vehicles documents, insurance papers; gas and repair receipts; and documents and effects bearing a form of identification such as a person's name, photograph, Social Security number or driver's license number.

**Person: KENNETH WILLIAM KIRKLAND.** Date of birth: 02/16/1968. Suspect described as: a White Male, 5'10" in height, 179 pounds, Blond shaved head, hazel eyes, with a California Driver's License of C4719581. Social Security number 554-02-993. A DMV records check shows his current address to be 21201 79th Street, California City, CA 93505, as of July 25, 2006. Kirkland was last contacted by California City Police Department on September 28, 2015, and provided the same address.

**For the FOLLOWING PROPERTY or THING(s):**

Any and all stolen items including but not limited to the following:

An aluminum colored 1989 "Geo Tracker" transmission without a shifter handle. A red "Coleman Generator". A black "Pantera Specialist" digital computer. An aluminum 2005 "Kennedy" adaptor plate. A black duffle bag containing approximately eleven life vests.

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

RELEASED TO KERN COUNTY SHERIFF DEPT
10/14/2015 gallant

Kirkland 000019

## STATEMENT OF PROBABLE CAUSE

I, Officer Gary Wilson, being duly sworn, depose and state that I am presently a Police Officer assigned to the Patrol section of the California City Police Department, and have been a sworn law enforcement officer for a total of 6 months.

I received over 1000 hours of basic law enforcement training with Fullerton College Police Academy, which included Burglary investigations. I have been employed at the Society for the Prevention of Cruelty to Animals Los Angeles (spcaLA) for approximately 5 years. While at spcaLA, I have written and served several search warrants in search of persons and property. While at the California City Police Department, I have received on the job training from Field Training Officer, Sergeant Ben Blanton, and Field Training Officer, Joseph Lona, in areas of burglary and other type of crimes similar in nature. During my career I've also interviewed several suspects involved in property crimes. I am familiar with the manners in which these crimes occur and have spoken to suspects of these crimes and learned their motives and means of operation.

During the course of my investigation, I obtained the following information:

On September 5, 2015, while working uniformed OHV patrol in a marked CCPD police vehicle (unit 321), at approximately 1653 hours, Sergeant Blanton and I were dispatched to 18200 Nonie Ct. for a possible burglary report. We met the RP/Victim identified by his California Driver's License as ▇▇▇, at Borax Bill Park at approximately 1719 hours. ▇▇▇ told me the following in summary.

▇▇▇ said he resided at ▇▇▇. He said he also owns two (2) other residences; 18200 Nonie Ct., California City, CA 93505 and ▇▇▇. ▇▇▇ said he visited both California City residences on July 21, 2015, and had not returned since. He said his friend/neighbor, ▇▇▇ contacted him on his cellular telephone on September 5, 2015, at approximately 0900 hours, to advise ▇▇▇ of multiple subjects potentially trespassing at his 18200 Nonie Ct. address. ▇▇▇ said he did not give anyone permission to access either of his residences and was concerned the subjects could still be at the property. Sergeant Blanton and I followed ▇▇▇ to 18200 Nonie Ct.

On September 5, 2015, at approximately 1724 hours, Sergeant Blanton and I arrived at 18200 Nonie Ct. to conduct an investigation. Upon our arrival we observed several items in the front yard which did not belong to ▇▇▇ We saw two (2) flags posted on a fence, several empty beer cans, a sign posted that depicted "new owners", a skate board and a pizza box containing two slices of pizza that did not appear to be spoiled. ▇▇▇ provided us a house key to make entry into the residence to search for potential suspects. We searched the entire residence with negative results. While searching the residence I saw several items that did not belong to ▇▇▇ Some of the items included beer cans, fresh fruit, candles, novelty items, a

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

business card and bolt cutters. The residence appeared to have recently been occupied. Three (3) beer cans were seized as evidence from the kitchen table. The bolt cutters were seized as evidence from the inside of the garage. The business card was seized as evidence from the kitchen counter. Further investigation revealed forced entry to both a sliding glass door leading into the residence and a back door leading into the garage. Both areas of forced entry were located on the East side of the residence.

████ said several items were missing from his residence at 18200 Nonie Ct. ████ explained some of the items in detail and provided me with estimated values for each (please see listed items below):

1) 1989 "Geo Tracker" transmission without a shifter handle, aluminum in color (estimated value $600)
2) 2006 Coleman Generator, red in color (estimated value $350)
3) 2004 "Pantera Specialist" digital computer, black in color (estimated value $800)
4) 2005 "Kennedy" adaptor plate, aluminum in color (estimated value $900)
5) Duffle bag, black in color, containing eleven (11) life jackets (estimated value $450)

According to ████ the suspect(s) stole approximately $3,100 worth of items from his residence.



I spoke to ████ who told me the following in summary. ████ said he resides at ████. He said he owns a second property at ████ and came to visit the property on September 4, 2015, at approximately 2200 hours. ████ said he is friends with ████ and decided to check on his property at 18200 Nonie Ct. ████ said he saw several beer cans and a barbecue outside of ████ residence. ████ said he also saw a white truck parked in the driveway of ████ residence. ████ said on September 5, 2015, at approximately 0300 hours, he could hear more than two (2) people talking inside ████ residence. ████ said he saw candle light coming from inside the residence. He said he was unsure if ████ was at his residence or if he had invited guests. The three (3) seized beer cans were later dusted for latent prints. Several latent prints were recovered and sent to TI Lab for evaluation.

On October 7, 2015, I received a positive AFIS hit from Kern County Sheriff's Department, Technical Investigations Laboratory. A left thumb print from KENNETH WILLIAM KIRKLAND (DOB: 02/16/1968, CDL: C4719581, SS: 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, Address: 21201 79th Street, California City, CA 93505) was found on a beer can that was seized as evidence from the victim's residence on September 5, 2015.

On October 10, 2015, I spoke to ████ who said he did not know Kenneth Kirkland and never allowed him onto his property or in his residence.

On October 10, 2015, at approximately 1200 hours, Sergeant Blanton and I drove by Kirkland's residence, 21201 79th Street, California City, CA 93505, and saw a white Toyota pickup truck parked in front of the residence.

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

Based on the above facts, your affiant has reasonable cause to believe, and does believe that evidence of the commission of felonies, to wit: violation of California Penal Code Section PC 496, possession of stolen property, and information used in the commission of said felonies, will be located on the premises, and in any and all file cabinets, computers, storage areas, and trash containers assigned to said premises described above. That based upon the aforementioned information, facts and circumstances, your affiant has reasonable cause to believe that grounds for the issuance of a search warrant, as set forth in section 1524 of the Penal Code exist.

That based upon the above facts, your affiant prays that a search warrant be issued for the seizure of said property, or any part thereof, in the daytime, good cause being shown therefore, and that the same be brought before this magistrate, or to any other court in which the offense in respect to which the property or things is triable, or retained subject to the order of this court pursuant to Section 1536 of the Penal Code.

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

RELEASED TO KERN COUNTY SHERIFF DEPT           Kirkland 000022
10/14/2015 gallant

**IT IS FURTHER ORDERED THAT:**
The peace officers executing this warrant are hereby authorized, pursuant to Penal Code Section 1530, to bring onto the premises whatever professional or expert assistance or consultants that they consider necessary in order to properly preserve the premises and physical evidence; conduct tests, experiments, or re-enactment's, take still photographs, videos, take various measurements, collect and examine physical evidence.

The peace officers executing this warrant are hereby authorized pursuant to Penal Code Section 1530, to bring into the premises persons knowledgeable about the premises and/or its occupants, furnishings, and other items of personal property normally found within the premises in order to, among other things, identify property belonging to occupants or others, and any other property otherwise out of place.

You are further ordered to conduct a forensic examination of any items retrieved to ascertain their contents, either physically or electronically. This is to include all items seized pursuant to this search warrant.

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This **Search Warrant** and **Affidavit** and attached and incorporated **Statement of Probable Cause** were sworn to as true and subscribed before me on this **10th day of October, 2015, at** __5:11__ A.M. (P.M) Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.

HOBBS SEALING APPROVED: ☐ YES ☒ NO
NIGHT SEARCH APPROVED: ☐ YES ☒ NO

_____
(Signature of Magistrate)

Judge of the Superior Court of California, County of Kern.

_____
(Magistrate's Printed Name)

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

RELEASED TO KERN COUNTY SHERIFF DEPT    Kirkland 000023
10/14/2015 gallant