UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH WILLIAM KIRKLAND,<br><br>Defendant. | No. 1:15-cr-00322-DAD-BAM<br><br>ORDER FOR COPIES OF TRANSCRIPTS OF SEALED PROCEEDINGS<br><br>(Doc. No. 79) |

Good cause having been shown, the sealed portion of the transcript for the hearing held on August 24, 2016, shall be provided to defendant's counsel only for purposes of evaluating its relevance to potential appellate issues.

IT IS SO ORDERED.

Dated:   **February 13, 2017**                      _/s/ Dale A. Drozd_
                                                                           UNITED STATES DISTRICT JUDGE