1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721
   Tel: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KENNETH WILLIAM KIRKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00322-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |
| vs. | |
| KENNETH WILLIAM KIRKLAND, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant Kenneth William Kirkland (Kern County Sheriff's Office JID No. SO2316587) shall be released from the Lerdo Pre-Trial Facility in Kern County on Wednesday, May 4, 2022 at 10:00 a.m. and immediately transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. To ensure his safe and immediate transport to WestCare, the Lerdo Pre-Trial Facility will release Mr. Kirkland to Paula Neumann.

Probation has informed undersigned counsel that WestCare is prepared for Mr. Kirkland's arrival for intake at 12:30 p.m. on Wednesday, May 4, 2022. While enrolled in the program, Mr. Kirkland is ordered to participate and remain in the program until he satisfies the requirements of the residential program or until further order of this Court. During this time, Mr. Kirkland will remain subject to all terms and conditions of his supervised release previously ordered. If Mr. Kirkland leaves the program at any time prior to completing the program, or if he

is terminated from the program for any reason, he is ordered to immediately inform his probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: 5/2/2022

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
United States Magistrate Judge

Kikrland: Order for Release